IN THE UNTIED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION- AT COLUMBUS

IN RE:
DAVID NEWHOUSE  　　　　　　　　　　　　CASE NUMBER: 16-50389
AMANDA NEWHOUSE

　　　　　　　　　　　　　　　　　　　　　CHAPTER: 13

　　　Debtors　　　　　　　　　　　　　　JUDGE: C. KATHRYN PRESTON

## NOTICE OF FILING REAL ESTATE APPRAISAL IN COMPLIANCE WITH LOCAL BANKRUPTCY RULE 3015-3(e)(3)

Now comes Debtors, David and Amanda Newhouse, and gives notice of the filing of the real estate appraisal attached hereto and incorporated herein as Exhibit "A" in compliance with Local Bankruptcy Rule 3015-3(e)(3).

　　　　　　　　　　　　　　　　　　　　Very Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　Folland & Drown, LPA

　　　　　　　　　　　　　　　　　　　　/s/ William Todd Drown
　　　　　　　　　　　　　　　　　　　　William Todd Drown, 0069810
　　　　　　　　　　　　　　　　　　　　31 Hillgate Road
　　　　　　　　　　　　　　　　　　　　Johnstown, Ohio 43031
　　　　　　　　　　　　　　　　　　　　(740) 393-2718 Office
　　　　　　　　　　　　　　　　　　　　(740) 291-8081 Fax
　　　　　　　　　　　　　　　　　　　　toddd@follanddrown.com
　　　　　　　　　　　　　　　　　　　　Attorney for Debtors

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Appraisal was sent to the following parties by either United States Mail, first-class or electronic ECF filing this 27th day of January 2016:

1. United States Trustee –VIA ECF
2. Frank M. Pees, Chapter 13 Trustee – VIA ECF
3. David and Amanda Newhouse, 778 South Lawn Street, Coshocton, Ohio 43812

**Coshocton Towne Centre Realty, Inc.**
115 North 3rd Street
Coshocton, Ohio  43812

March 21, 2015

**Folland & Drown, LPA**
601 Pittsburgh Avenue, Suite C
Mount Vernon, Ohio  43050

Re:     Property of David R. and Amanda Newhouse
         778 South Lawn Avenue
         Coshocton, Ohio   43812
         Parcel # 043-0000-2589-00

To:  William Todd Drown, Esquire

Per your request, I made a visual inspection of the above property on March 19, 2015. It consists of a seven-room dwelling containing three bedrooms and one bath and has a one-car detached garage. Total lot size is only 0.0878 acres measuring 45'X85'.  The two-story home, built in 1910, has 1,438 square feet of living space with partial basement.  The home shows slight deferred maintenance with an aging roof, vinyl siding, small rear yard with privacy fence.  Adjacent properties also indicate minor lack of maintenance.  Location is in a high-traffic/high noise area which adversely influences the value and marketability of the property.  After reviewing properties with similar characteristics and in similar condition in the Neohrex MLS, I have determined the value of this property to be $38,000. I am attaching photos with this valuation.

I certify that I have no current or anticipated interest in this property and should you have any questions or wish additional information regarding my valuation of the Newhouse property, please contact me at (740) 622-7678 or (740) 502-0915.

Sincerely,

Marlene Griffith
Lic# BRK.321768
Coshocton Towne Centre Realty, Inc.